IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATEL SOLUTIONS, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>KEANE TELECOM CONSULTING, LLC, a New Jersey limited liability company; OUTREACH TELECOM AND ENERGY, LLC, a New Jersey limited liability company; and DOES 1 through 10, inclusive,<br><br>  Defendants.<br>_____ | 2:12-cv-01306-GEB-EFB<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff states in its Status Report filed August 31, 2012:

> Earlier this month, Defendants' default was entered and certified by the Clerk of this court. (Docs. 9, 10) . . . .
>
> Plaintiff therefore requests that the Conference date be postponed to a date convenient to the Court, but not less than 60 days out, to enable Plaintiff's Motion for Default Judgment to be prepared and presented to the magistrate judge.

(ECF No. 11, 1:25-2:3.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than October 29, 2012, why this action should not be dismissed for failure of prosecution. This

1

1 action may be dismissed with prejudice under Federal Rule of Civil
2 Procedure 41(b) if Plaintiff fails to timely respond to this Order.
3       Further, the status conference scheduled for hearing on
4 September 17, 2012, is continued to commence at 9:00 a.m. on March 18,
5 2013. A status report shall be filed fourteen (14) days prior to the
6 status conference in which Plaintiff is required to explain the status
7 of the default proceedings.
8       IT IS SO ORDERED.

Dated: September 12, 2012

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```