UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATEL SOLUTIONS, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>KEANE TELECOM CONSULTING, LLC, a New Jersey limited liability company; OUTREACH TELECOM AND ENERGY, LLC, a New Jersey limited liability company,<br><br>        Defendants. | No. 2:12-CV-01306-GEB-EFB<br><br>**ORDER DENYING REQUEST FOR EXPEDITED BRIEFING SCHEDULE AND HEARING DATE** |

On December 27, 2013, the parties filed a stipulation and a proposed order. In the proposed order the parties seek an expedited briefing schedule and hearing date on defense counsel's motion to withdraw as defendants' counsel. The parties argue in their stipulation that this is required because the parties informally extended the prescribed deadline for expert disclosures.

However, since the parties' informal agreement is insufficient to justify the order the parties seek, the request is denied.

Dated: December 30, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1