UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DATATEL SOLUTIONS, INC., a California corporation, | 2:12-CV-01306-GEB-EFB |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE RE:SUBJECT MATTER JURISDICTION |
| v. | |
| KEANE TELECOM CONSULTING, LLC, a New Jersey limited liability company; OUTREACH TELECOM AND ENERGY, LLC, a New Jersey limited liability company, | |
| Defendants. | |

Since Plaintiff alleges in its Complaint that diversity of citizenship is the basis of subject matter jurisdiction, and Plaintiff has sued two limited liability companies ("LLC"), this order to show cause issues and requires Plaintiff to explain why this action should not be dismissed for lack of subject matter jurisdiction.

Plaintiff only alleges in its Complaint where the principal business office of each LLC is located. However, the Ninth Circuit has held that "an LLC is a citizen of every state

1

of which its owners/members are citizens." Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) Therefore, each LLC's citizenship depends on the citizenship of each LLC's "owners/members." Id.

For the stated reasons, Plaintiff shall address this jurisdictional issue in a filing due on or before January 14, 2014; any response to Plaintiff's filing shall be filed on or before January 21, 2014.

Dated:  January 7, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

2