UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DATATEL SOLUTIONS, INC., a
California corporation,

            Plaintiff,

      v.

KEANE TELECOM CONSULTING,
LLC, a New Jersey limited
liability company; and
OUTREACH TELECOM AND ENERGY,
LLC, a New Jersey limited
liability company,

           Defendants.

No.  2:12-cv-01306-GEB-EFB

**ORDER CONTINUING STATUS
(PRETRIAL SCHEDULING) CONFERENCE**

       The status conference scheduled for hearing on February 9, 2015, is continued to commence at 9:00 a.m. on April 20, 2015, in the event this action is closed. Plaintiff shall file a status report no later than fourteen (14) days prior to the status conference, in which it shall explain the status of the default proceedings.

       IT IS SO ORDERED.

Dated:  February 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1