UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATEL SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEANE TELECOM CONSULTING, LLC, a New Jersey limited liability company; OUTREACH TELECOM AND ENERGY, LLC, a New Jersey limited liability company; and Does 1 through 10, inclusive,<br><br>Defendants. | No. 2:12-cv-1306-GEB-EFB<br><br><br><br>ORDER |

Plaintiff's motion for entry of default judgment came on regularly for hearing before the magistrate judge on August 13, 2014. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On January 30, 2015, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 30, 2015, are adopted in full; and

2. Plaintiff's application for default judgment, ECF No. 55, is denied without prejudice.

Dated: February 23, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge