UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATATEL SOLUTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KEANE TELECOM CONSULTING, LLC, a New Jersey limited liability company; and OUTREACH TELECOM AND ENERGY, LLC, a New Jersey limited liability company,<br><br>    Defendants. | No.  2:12-cv-01306-GEB-EFB<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

　　　　The status conference scheduled for hearing on April 20, 2015, is continued to commence at 9:00 a.m. on June 22, 2015. Plaintiff shall file a status report no later than fourteen (14) days prior to the status conference, in which it shall explain the status of the default proceedings.

　　　　IT IS SO ORDERED.

Dated:  April 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1